SUPERIOR COURT 
 
 MEDMARC CASUALTY INSURANCE COMPANY v. HARVARD BIOSCIENCE, INC. AND BIOSTAGE, INC.

 
 Docket:
 2184CV02093-BLS2
 
 
 Dates:
 January 24, 2022
 
 
 Present:
 Kenneth W. Salinger Justice of the Superior Court
 
 
 County:
 SUFFOLK, ss.
 

 
 Keywords:
 PRELIMINARY INJUNCTION
 
 

 Medmarc Casualty Insurance Company and its officers, employees, and agents are hereby ordered and enjoined, until further order by the court, to pay all Defense Expenses that are incurred by Biostage, Inc., or Harvard Bioscience, Inc., on or after September 30, 2021, in connection with Suffolk Superior Court civil action no. 1784CV01147 (which is titled Husamettin Akkus and Perry Ganz, as Co-Personal Representatives of the Estate of Yesim Cetir v. Harvard Bio Science, Inc., and others), in accord with Medmarc’s Policy Number 16MA380035.